# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANDRES GARCIA (D1) <br> PAULINA RODRIGUEZ (D2) <br><br> Defendants. | Case No.: 20-CR-3287-LAB <br><br> **JUDGMENT AND ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

For good cause appearing, the Court GRANTS the Government's Motion to Dismiss the Indictment As To Paulina Rodriguez Without Prejudice.

DATED: 12/22/2020

_Larry A. Burns_
Larry A. Burns
Chief United States District Judge